Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, BENJAMIN FARRANTE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| BENJAMIN FARRANTE, | ) | **Case No.:** 2:09-cv-02118-DKD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| COLLECTCORP CORPORATION, | ) | |
| Defendant. | ) | |

   NOW COMES the Plaintiff, BENJAMIN FARRANTE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: January 5, 2010        KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee                    _

                                  Ryan Lee
                                  Attorney for Plaintiff